429 A.2d 64

Commonwealth v. O'Leary, Appellant.

Submitted March 4, 1980. Alan Ellis, submitted a brief on behalf of appellant; Marion E. MacIntyre, First Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and WATKINS, JJ.

Judgment of sentence affirmed.

CERCONE, P. J., and MONTGOMERY, J., concurred in the result.